[No. 7625-0-II.  Division Two.  October 31, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. KELLY McFADDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83-1-00207-1, John H. Kirkwood, J., entered February 27, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.

[No. 7057-0-II.  Division Two.  October 31, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD LEROY SHELDON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83-1-00065-3, John N. Skimas, J., entered May 13, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.

[No. 7659-4-II.  Division Two.  October 31, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MARC DAVID ONSTAD, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C-1097, Hewitt A. Henry, J., entered March 1, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.